IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PEREZ, | No. 2:14-cv-0598-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| BRIAN DUFFY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal, indicating he does not wish to prosecute his claim in this court. Because no response to the complaint has been filed, leave of court is not required and the action is dismissed on plaintiff's notice, without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of the Court is directed to terminate any pending motions and close this file.

IT IS SO ORDERED.

DATED: May 14, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE